Dismissed and Memorandum Opinion filed April 15, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00268-CR

____________

 

ROBERT JORDAN ODOM, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 180th District Court

Harris County, Texas

Trial Court Cause No. 1207594

 



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court. See Tex.
R. App. P. 42.2.  Because this
court has not issued an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel
consists of Chief Justice Hedges and Justices Yates and Boyce.

Do not
publish C Tex. R. App. P. 47.2(b).